UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRADLEY PULLEY KILLIAN, III,

                      Petitioner,

   v.

SUPERIOR COURT, JUDGE BRIAN TOLLEFSON,

                      Respondents.

No. C12-5983 BHS/KLS

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

**DATED** this 26th day of November, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1