UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRADLEY PULLEY KILLIAN, III,<br><br>　　　　　　　　　　　Petitioner,<br>　　v.<br><br>SUPERIOR COURT, JUDGE BRIAN TOLLEFSON,<br><br>　　　　　　　　　　　Respondents. | No. C12-5983 BHS/KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

**DATED** this 26th day of November, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1