UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRADLEY PULLEY KILLIAN, III, | |
|                               Petitioner, | No. C12-5983 BHS/KLS |
|     v. | |
| SUPERIOR COURT, JUDGE BRIAN TOLLEFSON, | ORDER DENYING MOTION TO DISMISS STATE COURT CASE |
|                               Respondents. | |

Before the Court is Petitioner's "Motion to Dismiss (State Court Action)". ECF No. 6. On November 30, 2012, Petitioner was ordered to file an amended habeas petition or show cause why this matter should not be dismissed no later than December 21, 2012.

Accordingly, it is **ORDERED:**

(1) Petitioner's Motion to Dismiss (ECF No. 6) is **DENIED.**

(2) The Clerk is directed to send a copy of this Order to Petitioner.

**DATED** this 6th day of December, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1