UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRADLEY PULLEY KILLIAN, III,

                    Petitioner,

v.

SUPERIOR COURT, JUDGE BRIAN
TOLLEFSON,

                    Respondents.

CASE NO. C12-5983BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

        This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 8. The Court

having considered the R&R and the remaining record, and no objections having been

filed, does hereby find and order as follows:

        (1)     The R&R is **ADOPTED**; and

        (2)     This action, including any pending motions, is **DISMISSED WITHOUT**

**PREJUDICE.**

        Dated this 28th day of February, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER